FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 20 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:20-cv-545-LPR

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Thomas Gayle Clayborne Jr
   ADC # 169549
   Address: 3201 W Roosevelt Rd Little Rock AR 72204

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   Name of plaintiff: _____
   ADC # _____
   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: KOKI ANDO
   Position: CEO
   Place of employment: NISSIN FOODS (USA) Co., INC.
   Address: 2001 W Rosecrans Ave, Gardena, CA 90249

   Name of defendant: _____
   Position: _____

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☒ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **Pulaski County Jail 3201 W Roosevelt RD LR, AR 72204**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**X** in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **X**    No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

**Yes**

-6-

Yes ____   No ____

If not, why? _____

_____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 7, 2020 I received an item from Armart. Inside the package I received a Top Ramen noodle soup in cajun chicken flavored. At some point in time during production the sauce pack was covered and attempted to be seal again with black duck tape. This goes against any and all safety guidlines of production of food. Not only was it sealed with duck tape it was sealed in the air tight pack that contains the noodles. This has contaminated the noodles inside and may have also done this to the entire product that was made that day.

-7-

VIII. Relief.

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

I want the court to not let is go unpunished and award me my lawsuit of one hundred million dollars.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 25 day of April, 20 20.

_____
Signature(s) of plaintiff(s)

-8-

Thomas W. Clayborne Jr
3201 W Roosevelt RD
Little Rock, AR
72204

Little Rock P&DC 722
FRI 15 MAY 2020 PM

Pro Se Clerk
600 West Capitol
Room
#14
Little Rock, AR