# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THOMAS WAYNE CLAYBORNE, JR.**                                                      **PLAINTIFF**

**v.**                                    **NO: 4:20-CV-00545-LPR**

**KOKI ANDO**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.  This dismissal counts as a "strike," and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 3rd day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE